No. 67. EMSPAK *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit.

Certiorari granted, except as to question No. 4 presented by the petition for the writ. *David Scribner, Frank J. Donner, Arthur Kinoy* and *Allan R. Rosenberg* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg, Carl H. Imlay* and *John R. Wilkins* for the United States.